**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MATTHEW FREEZE**                                              **PETITIONER**

**VS.**                  **CASE NO. 2:11CV00060 JMM**

**T.C. OUTLAW, WARDEN,**                                **RESPONDENT**

**ORDER**

On June 6, 2011, the Court received Petitioner's Motion for Leave to File Supplemental Objections and the Supplemental Objections, Petitioner's Objections to Magistrate Judge's Report and Recommendation, and Petitioners' Motion to Expedite Consideration of Objections. The Court grants the Motion for Leave to File Supplemental Objections (#17) and the Motion to Expedite Consideration of Objections (#18).

The Court had previously received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections and supplemental objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this __7__ day of __June__, 2011.

_____
UNITED STATES DISTRICT JUDGE