IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MATTHEW FREEZE**                                                                                          **PETITIONER**

**VS.**                            **CASE NO. 2:11CV00060 JMM**

**T.C. OUTLAW, WARDEN,**                                                          **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.

IT IS SO ORDERED this   7    day of   June  , 2011.

_____
UNITED STATES DISTRICT JUDGE